582

*Roberts P. Elam* for respondent.

No. 241. NOBLE, COMMITTEE, *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jacob W. Friedman* for petitioner. *Messrs. N. A. Townsend, Julius C. Martin, Wilbur C. Pickett, Thomas E. Walsh,* and *W. Marvin Smith* for the United States.

No. 244. KELLOGG SWITCHBOARD & SUPPLY Co. *v.* MICHIGAN BELL TELEPHONE Co. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. S. Ashley Guthrie* and *Curtis B. Camp* for petitioner. *Messrs. Merrill E. Clark* and *William R. Ballard* for respondents.

No. 245. KELLOGG SWITCHBOARD & SUPPLY Co. *v.* MICHIGAN BELL TELEPHONE Co. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. S. Ashley Guthrie* and *Curtis B. Camp* for petitioner. *Messrs. Merrill E. Clark* and *William R. Ballard* for respondents.

No. 247. GREANEY *v.* DEITRICK, RECEIVER. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Thomas H. Mahony* for petitioner. No appearance for respondent.